UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 22-2908 & 23-2500

United States v. Clayton

**ORDER**

The above-captioned appeals are hereby consolidated for purposes of disposition only. All case-opening forms, motions, briefs, and other documents must be filed only in the appeal to which the document relates.

When briefing the new appeal, the parties should incorporate their prior briefs and appendix by reference as much as possible. See Fed. R. App. P. 28(i). The Court disfavors redundant briefing.

For the Court,

  s/ Patricia S. Dodszuweit  
Clerk

Dated: August 24, 2023
PDB/KR/cc: All Counsel of Record